# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

UNITED STATES OF AMERICA

v.

DAVID ANTWAN FRAZIER

**JUDGMENT OF ACQUITTAL**

Case No. 3:16-cr-0133-2

Honorable Terrence G. Berg

     The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Terrence G. Berg
           Signature of Judge

Terrence G. Berg, U.S. District Judge, Sitting by Special Designation
           Name and Title of Judge

July 20, 2018
           Date